IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ORLANDO VASQUEZ VALLE,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-25-CV-001018-DB** |
| | § | |
| **MARKWAYNE MULLIN,** *U.S.* | § | |
| *Department of Homeland Security, et al.,* | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Petitioner Orlando Vasquez Valle's "Motion to Enforce Judgment," ECF No. 9, filed on May 8, 2026. Therein, Petitioner seeks this Court to compel the immediate removal of any conditions of release not ordered by an immigration judge in Petitioner's April 20, 2026, bond order. ECF No. 9 at 2. An immigration judge granted Petitioner release from custody under bond of $2,500 with no additional conditions of release. ECF No. 9-1 at 1. Respondents nonetheless imposed an ankle monitor on Petitioner upon release. ECF No. 9 at 2. Petitioner's case is materially indistinguishable from other cases in which this Court has determined ICE's imposition of additional conditions of release that are not imposed in an immigration judge's written order is unlawful. *See Rodriguez Muniz v. Noem,* No. EP-25-CV-00671-DB, 2026 WL 803134 (W.D. Tex. March 6, 2026). After due consideration of the facts and applicable law, the same result is warranted in this case,

Accordingly*,* **IT IS HEREBY ORDERED** Orlando Vasquez Valle's "Motion to Enforce Judgment," ECF No. 9, is **GRANTED.**

**IT IS FURTHER ORDERED** Respondents **SHALL IMMEDIATELY REMOVE** Petitioner's ankle monitor, and all other conditions of release not imposed in the immigration judge's order, dated April 20, 2026, ECF No. 9-2.

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a notice informing the Court of its compliance with the preceding order **no later than May 13, 2026**.

**IT IS FINALLY ORDERED** the parties **SHALL CONFER AND FILE** a notice of whether any issues remain to be resolved in this case **no later than May 15, 2026.**

**SIGNED** this **11th** day of **May 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**