**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ORLANDO VASQUEZ VALLE,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01018-DB** |
| | § | |
| **MARKWAYNE MULLIN**, *in his official* | § | |
| *capacity, secretary of U.S. Department of* | § | |
| *Homeland Security, et al.,* | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the above-captioned case. On April 16, 2026, the Court issued an "Order," ECF No. 5, granting in part Petitioner Orlando Vasquez Valle's "Petition for Writ of Habeas Corpus," ECF No. 1, filed on April 9, 2026.  Therein, the Court directed the parties to file a joint notice advising the Court of any outstanding issues by May 1, 2026. ECF No. 5 at 4. On May 1, 2026, the parties filed a "Joint Notice to the Court," ECF No. 7, advising the Court "Petitioner raised an issue with an ankle monitor as a condition of release that was imposed by ICE." ECF No. 7 at 1. On May 8, 2026, Petitioner filed a "Motion to Enforce Judgement," ECF No. 9, asking the Court to compel the immediate removal of Petitioner's ankle monitor and any other conditions of release not ordered by the Immigration Judge ("IJ") in Petitioner's April 20, 2026, bond order. On May 11, 2026, the Court granted Petitioner's Motion to Enforce Judgment and directed the parties to file a joint notice advising the Court of any outstanding issues by May 15, 2026. *See* ECF No. 10.

On May 15, 2026, the parties filed a "Joint Advisory to the Court," ECF No. 12. Therein, the parties indicate that they have conferred but disagree as to whether any outstanding issues remain. *See* ECF No. 12 at 1. Respondents believe that there are no matters that remain to be

resolved. *Id.* However, Petitioner notes that Immigration and Customs Enforcement ("ICE") is requiring him to check in on November 10, 2026, which he believes constitutes an additional requirement not accounted for in the immigration judge's order. *Id.* The Court notes the Immigration Judge's order granting Petitioner release from custody under a bond of $2,500 does not contain any provision for additional conditions. *See* ECF No. 6-1 at 1.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner **SHALL FILE** any motions on this issue **no later than May 21, 2026.**

**IT IS FURTHER ORDERED** that Respondents **SHALL FILE** a response **no later than May 26, 2026.**

**IT IS FINALLY ORDERED** that should Petitioner wish to file a reply, Petitioner shall file a reply **no later than May 28, 2026.**

**SIGNED** this **18th** day of **May 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**