**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ORLANDO VASQUEZ VALLE,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01018-DB** |
| | § | |
| **MARKWAYNE MULLIN**, *in his official* | § | |
| *capacity, secretary of U.S. Department of* | § | |
| *Homeland Security, et al.,* | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered Petitioner Orlando Vasquez Valle's ("Petitioner") "Motion to Enforce Judgment" ("Motion"), ECF No. 14. Therein, Petitioner moves the Court to "direct Respondents to immediately remove any additional conditions of release not imposed in the Immigration Judge's April 20, 2026 Order of Release Upon Bond[,]" including the alleged requirement that Petitioner "report to [Immigration and Customs Enforcement] on November 10, 2026[.]" ECF No. 14 at 3–4. After due consideration, Petitioner's Motion is denied.

Accordingly, **IT IS HEREBY ORDERED** Petitioner's "Motion to Enforce Judgment," ECF No. 14, is **DENIED**.

**SIGNED** this **4th** day of **June 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**