# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **ORLANDO VASQUEZ VALLE,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01018-DB** |
| | § | |
| **MARKWAYNE MULLIN**, *in his official* | § | |
| *capacity, secretary of U.S. Department of* | § | |
| *Homeland Security, et al.,* | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the above-captioned case. On April 16, 2026, the Court issued an "Order," ECF No. 5, granting in part Petitioner Orlando Vasquez Valle's "Petition for Writ of Habeas Corpus," ECF No. 1, filed on April 9, 2026. Therein, the Court directed the parties to file a joint notice advising the Court of any outstanding issues by May 1, 2026. ECF No. 5 at 4. Thereafter, Petitioner filed two distinct motions to enforce judgment, *see* ECF Nos. 9, 14, both of which were resolved by the Court. *See* ECF Nos. 10, 17. Because it appears no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.[1]

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **5th** day of **June 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] Should Petitioner later determine issues remain for consideration, Petitioner may file a motion to reopen the case.